UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER HARRIS,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN FAMILY INSURANCE, *et al.*,<br><br>    Defendants. | CASE NO. 2:23-cv-01052-RSL<br><br>ORDER |

  This matter comes before the Court on plaintiff's "Motion Requesting Courts Accept Redacted Medical Summary & Summons in a Civil Action, Application to Proceed Without Filing Fee, and Civil Cover Sheet." Dkt. # 6. Plaintiff's application for leave to proceed *in forma pauperis* was granted on August 1, 2023, but the complaint fails to establish this Court's jurisdiction over the claims alleged. Summons has not, therefore, been issued, and an order to show cause why the matter should not be dismissed was issued on August 7, 2023. Plaintiff's response to the order to show cause is due tomorrow, August 23, 2023.

  Much of the relief requested in the motion has been either granted or denied: the motion is, in large part, moot. Plaintiff attached medical records to his submission, however, which should be shielded from public view. The Clerk of Court is directed to seal Dkt. # 6.

ORDER - 1

1 | Dated this 22nd day of August, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2