UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER HARRIS,

          Plaintiffs,

    v.

AMERICAN FAMILY INSURANCE, *et al.*,

          Defendants.

Cause No. C23-1052RSL

ORDER OF DISMISSAL

On August 1, 2023, plaintiff's application to proceed *in forma pauperis* was granted and his complaint was accepted for filing. The Court reviewed the complaint and determined that plaintiff had filed to allege facts sufficient to establish the Court's jurisdiction. Plaintiff was ordered to show cause, on or before August 23, 2023, why this matter should not be dismissed. No response or amended complaint having been filed by the deadline, the above-captioned matter is hereby DISMISSED.

Dated this 28th day of August, 2023.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1