UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER HARRIS,

    Plaintiffs,

v.

AMERICAN FAMILY INSURANCE, *et al.*,

    Defendants.

Cause No. C23-1052RSL

ORDER

On August 1, 2023, plaintiff's application to proceed *in forma pauperis* was granted and his complaint was accepted for filing. The Court reviewed the complaint and determined that plaintiff had failed to allege facts sufficient to establish the Court's jurisdiction. Plaintiff was ordered to show cause, on or before August 23, 2023, why this matter should not be dismissed. No response or amended complaint was filed by the deadline, and the above-captioned matter was DISMISSED.

Plaintiff now requests an extension of time in which to respond to the Order to Show Cause, asserting that he is incarcerated with no access to a law library or computer. He does not, however, explain how the lack of legal research capabilities prevents him from alleging facts establishing this Court's jurisdiction, nor does he indicate how much time he will need to respond to the Order to Show Cause. Plaintiff shall provide this information within fourteen days of the date of this Order. The Clerk of Court is directed to renote the Motion for Extension of

ORDER - 1

1 | Time (Dkt. # 13) on the Court's calendar for consideration on Friday, September 29, 2023.

Dated this 11th day of September, 2023.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER - 2